IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

JOE D. WICKER and
YU-TING KAO

    Plaintiffs,

v.                                               Case No.: 3:10-cv-1214

JURY DEMAND

DONG KUK ENTERPRISES, INC.,
d/b/a DK INTERNATIONAL and
d/b/a DK ENTERPRISES,

    Defendants

## CONSENT PERMANENT INJUNCTION

As indicated by the signatures below, Plaintiffs and Defendants have agreed to the entry of this Consent Permanent Injunction.

Accordingly, **IT IS ORDERED** that:

1. The complaint against Dong Kuk Enterprises, Inc. d/b/a DK International and d/b/a DK Enterprises (collectively "DK International") is hereby dismissed with prejudice.

2. Defendant DK International, its officers, directors, agents, servants, employees, licensees, successors, assigns and all those controlled by it, or in active concert or participation with it, are **PERMANENTLY ENJOINED** from directly or indirectly selling, offering for sale, or importing any product that is covered by any claim of United States Patent No. 7,757,347 (the "Patent").

3. Defendant DK International will immediately destroy all inventory it has on hand

covered by any claim of the Patent, including without limitation all products like those depicted at EXHIBIT B to the Complaint For Money Damages, Injunctive Relief And Declaratory Judgment (D.E. No. 1).

This Consent Order shall constitute a final resolution of this matter and the case shall be dismissed, with prejudice, by Plaintiffs.

No bond shall be required to support this Consent Permanent Injunction. Each party shall bear its own costs and attorney fees, including any costs involved in the cause.

**SO ORDERED.**

SIGNED this 13th day of ~~March~~ April, 2011, at _____ o'clock \_\_\_\_.m.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

**AGREED:**

s/ Richard M. Carter
Richard M. Carter (TN B.P.R. #7285)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4839
Telephone: (901) 522-9000
Facsimile: (901) 527-3746
rcarter@martintate.com

s/ Russell H. Walker
Russell H. Walker (TN B.P.R. # 015270)
WALKER, McKENZIE & WALKER, P.C.
6363 Poplar Avenue, Suite 318
Memphis, TN 38119-4899
Telephone: (901) 685-7428
Facsimile: (901) 682-6488
rwalker@walkermckenzie.com

Attorneys for Joe D. Wicker and Yu-Ting Kao

Dong Kuk Enterprises, Inc.
d/b/a DK International and
d/b/a DK Enterprises

By: _____
      Dong Kuk
Its:    President